# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

156653 & (25)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

**PEOPLE OF THE STATE OF MICHIGAN,**
      Plaintiff-Appellee,

v

      SC:  156653
      COA:  337218
      Kent CC:  05-000708-FH

**GERALD ALAN SHORT,**
      Defendant-Appellant.
_____/

By order of July 3, 2018, the application for leave to appeal the September 12, 2017 order of the Court of Appeals was held in abeyance pending the decision in *People v Straughter* (Docket No. 156198). On order of the Court, leave to appeal having been denied in *Straughter* on July 19, 2019, 504 Mich 930 (2019), the application is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to supplement is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



b0127

Clerk